1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTHUR PETROSYAN,

11          Plaintiff,                      No. CIV S-06-2683 FCD EFB P

12      vs.

13   SACRAMENTO STATE PRISON,        ORDER
     et al.,

14

15          Defendants.
                                        /

16       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19   pauperis on the form used by this district.  Accordingly, plaintiff's application is dismissed and

20   plaintiff will be provided the opportunity to submit the application on the appropriate form.

21   Plaintiff is cautioned that he must also provide a certified copy of his prison trust account

22   statement for the six month period immediately preceding the filing of his complaint.

23       Plaintiff has requested that the court appoint counsel.   District courts lack authority to

24   require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*

25   *Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request

26   counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935

1

Dockets.Justia.com

1    F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

2    The court finds that there are no exceptional circumstances in this case.

3        In accordance with the above, IT IS HEREBY ORDERED that:

4        1.  Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

5        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

6    Forma Pauperis By a Prisoner; and

7        3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

8    application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result

9    in a recommendation that this action be dismissed without prejudice.

10        4.  Plaintiff's November 27, 2006  request for appointment of counsel is denied.

11    DATED:  December 12, 2006.

 

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2